

# THE THIRTEENTH COURT OF APPEALS

### 13-19-00030-CV

CITY OF LAREDO, WEBB COUNTY, LAREDO COLLEGE,
AND U.S. TRAILERS RELOCATORS, LLC
v.
THE UNITED INDEPENDENT SCHOOL DISTRICT

On Appeal from the
49th District Court of Webb County, Texas
Trial Cause No. 2016TXA000111-D1

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

December 10, 2020